UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN ROSHAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MELANIE J. LAWRENCE, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-04770-AGT<br><br>**JUDGMENT** |

The Court having granted Defendants' motion to dismiss without prejudice by Order filed January 18, 2021, enters judgment in favor of Defendants against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 19, 2021

　　　　　　　　　　　　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge