ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 765-1000
Fax: (415) 538-2321

CARISSA ANDRESEN (278118)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2388
Fax: (415) 538-2321
Email: carissa.andresen@calbar.ca.gov

Attorneys for Defendants
MELANIE LAWERENCE, OFFICE OF
CHIEF TRIAL COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN ROSHAN, an individual<br><br>        Plaintiff,<br><br>vs.<br><br>MELANIE LAWRENCE in her official capacity as CHIEF TRIAL COUNSEL and in her personal capacity; the OFFICE OF CHIEF TRIAL COUNSEL; and DOES 1-10, individuals whose capacity is unknown,<br><br>        Defendants. | Case No.:  3:20-cv-4770 AGT<br><br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR RELIEF FROM ORDER AND JUDGMENT AND ASSOCIATED DEADLINES**<br><br>**JUDGE: ALEX G. TSE**<br><br>[*Declaration of Carissa Andresen and* [*Proposed*] *Order Filed Concurrently Herewith*] |

Joint Stipulated Request to Continue Hearing and Related Dates, Case No. 3:20-cv-4770 AGT

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Peyman Roshan ("Plaintiff") and Defendants Melanie Lawrence and the Office of Chief Trial Counsel ("Defendants") enter into this stipulation and request an order to continue the May 9, 2025 Motion Hearing and associated deadlines as follows:

1. Plaintiff filed a Motion for Relief from Order and Judgment Pursuant to Fed. R. Civ. P. 60(b)(6) ("Motion") on April 4, 2025, with a hearing date set for May 9, 2025. Dkt. Nos. 81, 82. The Motion and its supporting exhibits are 38 pages.

2. Defendants' response to the Motion is currently due April 18, 2025, and Plaintiff's reply is currently due April 25, 2025.

3. Counsel for Defendants have preplanned vacations the weeks of April 7, 2025, and April 14, 2025.

4. On April 4-5, 2025, the parties met and conferred by email and, in light of counsel's unavailability, agreed to continue the hearing on Plaintiff's Motion to allow sufficient time for the Defendants to file a response and for Plaintiff to file a reply.

5. To allow Defendants sufficient time to review and respond to the Motion, the parties agree that the deadline for Defendants to file their response shall be extended to and include May 2, 2025.

6. Given the extended deadline for Defendants' response, in consideration of fairness to Plaintiff, the parties agree that the deadline for Plaintiff to file his reply shall be extended to and include May 16, 2025.

7. Rule 6(b) of the Federal Rules of Civil Procedure provides that the court may, for good cause, extend time if a request is made before the original time expires.

8. The parties stipulate, agree, and request that the Court enter the attached proposed order granting the stipulation and continuing the May 9, 2025 Motion hearing until May 23, 2025, or as soon as available thereafter, and all associated deadlines.

-1-

Joint Stipulated Request to Continue Hearing and Related Dates, Case No. 3:20-cv-4770 AGT

Dated: April 9, 2025                          STATE BAR OF CALIFORNIA
                                              OFFICE OF THE GENERAL COUNSEL


                                              By: /s/ CARISSA ANDRESEN
                                              CARISSA ANDRESEN
                                              Assistant General Counsel
                                              Attorneys for Defendants
                                              MELANIE LAWRENCE, OFFICE OF CHIEF
                                              TRIAL COUNSEL


Dated: April 9, 2025                          Respectfully submitted,


                                              /s/  PEYMAN ROSHAN (with approval)
                                              PEYMAN ROSHAN
                                              Pro Se Plaintiff

Joint Stipulated Request to Continue Hearing and Related Dates, Case No. 3:20-cv-4770 AGT

**ATTESTATION OF CONCURRENCE IN FILING**

I, Carissa Andresen, am the ECF user whose ID and password are being used to file the foregoing Joint Stipulated Request for Order Changing Time for Hearing on Plaintiff's Motion for Relief from Order and Judgment and Associated Deadlines. Pursuant to Local Rule 5-1(i)(3) of the Local Rules of the United States District Court, Northern District of California, I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing, as set forth in an email dated April 9, 2025.

Dated: April 9, 2025

STATE BAR OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL


By: /s/ CARISSA ANDRESEN
CARISSA ANDRESEN
Assistant General Counsel
Attorneys for Defendants
MELANIE LAWRENCE, OFFICE OF CHIEF
TRIAL COUNSEL