ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 765-1000
Fax: (415) 538-2321

CARISSA ANDRESEN (278118)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2388
Fax: (415) 538-2321
Email: carissa.andresen@calbar.ca.gov

Attorneys for Defendants
MELANIE LAWRENCE, OFFICE OF
CHIEF TRIAL COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN ROSHAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MELANIE LAWRENCE in her official capacity as CHIEF TRIAL COUNSEL and in her personal capacity; the OFFICE OF CHIEF TRIAL COUNSEL; and DOES 1-10, individuals whose capacity is unknown,<br><br>Defendants. | Case No.:  3:20-cv-4770 AGT<br><br>**DECLARATION OF CARISSA ANDRESEN IN SUPPORT OF JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR RELIEF FROM ORDER AND JUDGMENT AND ASSOCIATED DEADLINES**<br><br>**JUDGE: ALEX G. TSE**<br><br>[*Joint Stipulated Request and* [*Proposed*] *Order Filed Concurrently Herewith*] |

Decl. of Andresen ISO Joint Stip. Request to Continue Hearing and Related Dates, Case No. 3:20-cv-4770 AGT

I, Carissa Andresen declare:

1. I am an attorney licensed to practice in this Court. I am employed as an Assistant General Counsel in the Office of General Counsel of the State Bar of California ("OGC"). I represent Defendants Melanie Lawrence and the Office of Chief Trial Counsel ("Defendants") in the above-referenced action (the "Action"). I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto. I make this declaration in support of the parties' Joint Stipulated Request for Order Changing Time for Hearing on Plaintiff's Motion for Relief from Order and Judgment and Associated Deadlines" (the "Stipulation"), made pursuant to Local Rules 6-2 and 7-12.

2. On April 4, 2025, Plaintiff Peyman Roshan ("Plaintiff") filed his Motion for Relief from Order and Judgment Pursuant to Fed. R. Civ. P. 60(b)(6) ("Motion"). The Motion is set for hearing on May 9, 2025. The Defendants' response to the Motion is currently due on April 18, 2025. Plaintiff's reply is currently due on April 25, 2025.

3. Counsel for Defendants have preplanned vacations the weeks of April 7, 2025, and April 14, 2025. Due to Defendants' counsel's unavailability during this period, the parties met and conferred by email on April 4-5, 2025 and agreed to stipulate to a request to the Court to continue the hearing and extend associated deadlines so that Defendants may have sufficient time to review and respond to the Motion. Specifically, the parties agreed to stipulate to request the Court to continue the hearing on the Motion from May 9, 2025 to May 23, 2025, or as soon as available thereafter, to extend the deadline for Defendants' response to the Motion from April 18, 2025 to May 2, 2025, and to extend the deadline for Plaintiff's reply from April 25, 2025 to May 16, 2025.

4. Accordingly, the parties submit the accompanying Stipulation and [Proposed] Order thereon to ensure that the parties have adequate time to review and respond to the arguments raised by each respective party in connection with the Motion.

5. There have been two prior time modifications in this Action. On September 3, 2020, this Court granted a stipulation extending Plaintiff's deadline to file an opposition to Defendants' then-pending Motion to Dismiss from September 2, 2020 to September 30, 2020,

Decl. of Andresen ISO Joint Stip. Request to Continue Hearing and Related Dates, Case No. 3:20-cv-4770 AGT

set the deadline for Defendants' reply on October 7, 2020, and continued the hearing on that motion from September 25, 2020 to October 23, 2020. Dkt. No. 13.

6. On September 25, 2020, Court granted Plaintiff's request for a further 14-day extension to file his opposition to Defendants' Motion to Dismiss to October 14, 2020 and provided the Defendants with an additional week to file their reply, making it due on October 28, 2020. Dkt. No. 16 The Court also continued the hearing on the motion from October 23, 2020 to November 13, 2020. *Id*. The Court also rescheduled the Case Management Conference from October 16, 2020 to November 13, 2020. *Id*.

7. Other than the deadlines associated with the filing of the Opposition and the reply, there are no dates currently on calendar in the Action. Thus, the requested time modification will have no impact on the schedule of the Action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of April, 2025, in San Francisco, California.


*/s/ CARISSA ANDRESEN*
CARISSA ANDRESEN

-2-
Decl. of Andresen ISO Joint Stip. Request to Continue Hearing and Related Dates, Case No. 3:20-cv-4770 AGT