ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 765-1000
Fax: (415) 538-2321

CARISSA ANDRESEN (278118)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2388
Fax: (415) 538-2321
Email: carissa.andresen@calbar.ca.gov

Attorneys for Defendants
MELANIE LAWRENCE, OFFICE OF
CHIEF TRIAL COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN ROSHAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MELANIE LAWRENCE in her official capacity as CHIEF TRIAL COUNSEL and in her personal capacity; the OFFICE OF CHIEF TRIAL COUNSEL; and DOES 1-10, individuals whose capacity is unknown,<br><br>Defendants. | Case No.:  3:20-cv-4770 AGT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR RELIEF FROM ORDER AND JUDGMENT AND ASSOCIATED DEADLINES**<br><br>**JUDGE: ALEX G. TSE**<br><br>[*Joint Stipulated Request and Declaration of Carissa Andresen Filed Concurrently Herewith*] |

Proposed Order Granting Joint Stip. Request to Continue Hrg and Related Dates, Case No. 3:20-cv-4770 AGT

Pursuant to the parties' Joint Stipulated Request for Order Changing Time for Hearing on Plaintiff's Motion for Relief from Order and Judgment and Associated Deadlines, the Court **ORDERS AS FOLLOWS**:

1. The deadline for Defendants Melanie Lawrence and Office of Chief Trial Counsel to file their response to Plaintiff Peyman Roshan's Motion for Relief from Order and Judgment Pursuant to Fed. R. Civ. P. 60(b)(6) ("Motion") is extended from April 18, 2025 to May 2, 2025.

2. The deadline for Plaintiff Peyman Roshan to file his reply in connection with the Motion is extended from April 25, 2024 to May 16, 2025.

3. The date for hearing on the Motion is continued from May 9, 2025 to May 23, 2025.

IT IS SO ORDERED.


Dated: _____                         _____
                                                ALEX G. TSE
                                                UNITED STATES MAGISTRATE JUDGE

Proposed Order Granting Joint Stip. Request to Continue Hrg and Related Dates, Case No. 3:20-cv-4770 AGT